Gerald Lee SCHULTZ, Appellant

v.

Barack Hussein OBAMA, President,
et al., Appellees.

No. 13–5378.

United States Court of Appeals,
District of Columbia Circuit.

May 9, 2014.

Gerald Lee Schultz, Washington, DC,
pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: TATEL and PILLARD,
Circuit Judges; GINSBURG, Senior
Circuit Judge.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order dismissing appellant's complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(1)(B)(i) be affirmed. The district court correctly characterized appellant's factual contentions as "clearly baseless." *Neitzke v. Williams* 490 U.S. 319, 327, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.